**Order entered October 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00305-CV

### IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

On August 21, 2013, the Court ordered Francheska Duffey, Official Court Reporter of the 330th Judicial District court of Dallas County, Texas, to file the court reporter's record within thirty days without requiring prepayment of costs. She did not do so. On October 2, 2013, we again ordered her to provide the record without requiring prepayment of costs, extending her deadline to do so for fifteen days from the date of that order. On October 11, 2013, Ms. Duffey sent a letter to this Court requesting that appellant be required to pay for the reporter's record. We treat this letter as a motion for reconsideration. We **DENY** the motion and **ORDER** Ms. Duffey to file the reporter's record, without requiring prepayment of costs, within ten days of the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE